IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23069-ALTMAN/GOODMAN

JUD IRELAND,

    Plaintiff,

vs.

DIGITRAIDX, LLC; DEALER MARKET
EXCHANGE PR, LLC; ADRIAN JAYASINHA;
and JAVIER RUIZ,

    Defendants.

_____/

## JOINT MOTION FOR STAY OF ALL DEADLINES PENDING THE DISPOSITION OF DEFENDANTS' MOTION TO DISMISS

Plaintiff, Jud Ireland ("Ireland" or "Plaintiff"), and Defendants, Digitraidx LLC ("Digitraidx"), Adrian Jayasinha ("Jayasinha"), and Javier Ruiz ("Ruiz") (collectively, "Defendants" and with Ireland, the "Parties"), jointly and respectfully move this Honorable Court for an order staying all deadlines in this case pending this Court's consideration and resolution of Defendants' Motion to Dismiss Ireland's Amended Complaint with Prejudice (the "Motion"). In support thereof the Parties state as follows:

1. On May 6, 2025, this Court issued its Scheduling Order, setting a trial date and pretrial schedule, that, among other things, included deadlines in the coming weeks for the Parties to exchange expert witness summaries or reports (October 7, 2025), exchange rebuttal expert witness summaries or reports (October 21, 2025), and complete all discovery (November 4, 2025). (*See* D.E. 46 at 2). Pursuant to the Court's Order, the Parties have also agreed to mediate this case on October 21, 2025, and must submit a report thereof by November 18, 2025. (*Id.*; D.E. 57).

2.      On April 28, 2025, Defendants filed their Motion, requesting that the Court dismiss the Amended Complaint for (i) lack of proper service, (ii) lack of personal jurisdiction; (iii) lack of standing; and (iv) failure to state a claim. (D.E. 45). Ireland filed his Response in Opposition on May 21, 2025 (D.E. 52), to which Defendants replied on May 30, 2025 (D.E. 56).

3.      On July 18, 2025, Magistrate Judge Goodman issued a Report and Recommendation ("R&R") on Defendants' Motion, which recommends, *inter alia*, that this Court grant in part and deny in part the Motion.  The R&R preserves some of the Amended Complaint's claims but quashes Ireland's service attempts on Jayasinha and DigiTraidx, dismisses the Amended Complaint without prejudice for failure to adequately plead personal jurisdiction and to state a claim as to the portion of the fraud claim based on concealments or omissions (Count VII), and dismisses the breach of fiduciary duty claim (Count VIII) with prejudice. (D.E. 58).

4.      On August 7 and 8, 2025, the Parties filed their respective limited objections to the R&R. (D.E. 63, 64). On August 21 and 22, 2025, the Parties filed their respective responses thereto. (D.E. 65, 66).

5.      In light of this Court's pending review of the Motion, the Parties respectfully request that the Court enter an order temporarily staying the deadlines set forth in the Court's Scheduling Order at D.E. 46, until this Court reviews and rules on Defendants' Motion. A stay will conserve the resources of both the Parties and the Court, including with respect to taking discovery on matters that may become moot as a result of the Court's pending order on the Motion. For the Court's convenience, the Parties attach a Proposed Order temporarily staying all deadlines. *See* **Exhibit 1**.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order temporarily staying the deadlines set by the Scheduling Order and granting such other or additional relief deemed just and proper.

Dated: September 8, 2025

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717

By: */s/ Evelyn Cobos*
    **EVELYN COBOS**
    Florida Bar No. 92310
    evelyn.cobos@gtlaw.com
    **CARLOS J. ANDREU-COLLAZO**
    Florida Bar No. 1041252
    Carlos.andreu@gtlaw.com
    **EMILEY PAGRABS**
    Florida Bar No. 1030834
    pagrabse@gtlaw.com
    michelle.cruz@gtlaw.com
    orizondol@gtlaw.com
    MiaLitDock@gtlaw.com

*Attorneys for Defendants DigiTraidx, LLC, Adrian Jayasinha, and Javier Ruiz*

Case No: 1:24-cv-23069-RKA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September, 2025, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record via transmission of Notices of

Electronic Filing generated by CM/ECF.


Jason Kenneth Kellogg, Esq.
Victor Petrescu, Esq.
**LEVEIN KELLOGG LEHMAN SCHNEIDER & GROSSMAN**
201 S. Biscayne Blvd., 22nd Floor, Miami Center
Miami, Florida 33131
Phone: 305-403-8788
Email: jk@lklsg.com
Vp@lklsg.com

*Counsel for Plaintiff*

                                                    */s/ Evelyn Cobos*
                                                    EVELYN COBOS